UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Donna Marie Conner

          v.                          Case No. 09-cv-452-PB

United States of America, et al


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 9, 2010, no objection having been filed.

SO ORDERED.


May 3, 2010                         /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge


cc:    Donna Marie Conner, Pro se